**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Barbara Bennett,                                   Civil No. 12-150 (RHK/TNL)

           Plaintiff,                   **DISQUALIFICATION AND**
                                            **ORDER FOR REASSIGNMENT**

vs.

GE Money,

           Defendant.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

        **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 19, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

        **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  January 19, 2012

                                                     s/Richard H. Kyle
                                                     RICHARD H. KYLE
                                                     United States District Judge